**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAURA J. VARGAS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-857-Orl-28GJK**

**IRENA MANAGEMENT, INC.,**
**PROFESSIONAL MANAGEMENT**
**SERVICES GROUP, INC., HHG I, INC.,**
**KAMLESH NANJI,**

        **Defendants.**

_____

# ORDER

This case is before the Court on the Parties' Renewed Joint Motion for Approval of Settlement (Doc. No. 29) filed October 25, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of No Objection to Report and Recommendation (Doc. No. 31), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 2, 2010 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Parties' Renewed Joint Motion for Approval of Settlement (Doc. No. 29) is **GRANTED** to the extent the Court finds that the Settlement is a fair and reasonable resolution of a bona fide Fair Labor Standard Act dispute.

     3.     This case is dismissed with prejudice.

     4.     The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___10th___ day of November, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge